# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAKOUHI KAIMATLIAN, ) | No. CV 09-3563-GHK (PLA) |
| Plaintiff, ) | |
| v. ) | **ORDER ADOPTING MAGISTRATE JUDGE'S MERITS REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's merits report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The merits report and recommendation is adopted.
2. Plaintiff's request for remand is granted.
3. The decision of the Commissioner is reversed.
4. This action is remanded to defendant for further proceedings.

/
/
/

1     5.     Judgment shall be entered consistent with this order.

2     6.     The clerk shall serve this order and the judgment on all counsel or parties of record

4     DATED:    1/6/11

                                                       HONORABLE GEORGE H. KING
                                                       UNITED STATES DISTRICT JUDGE