UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAKOUHI KAIMATLIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>        Defendant. | No. CV 09-3563-GHK (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's merits report and recommendation, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this case is remanded for further administrative proceedings consistent with the merits report and recommendation.

DATED:  1/6/11

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE